## United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 06, 2013
Docket #: 13-1690cv
Short Title: Tummino v. Hamburg

DC Docket #: 12-cv-763
DC Court: EDNY (BROOKLYN)
DC Judge: Korman
Pohorelsky

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_     Record on Appeal - Certified List

\_\_\_\_     Record on Appeal - CD ROM

\_\_\_\_     Record on Appeal - Paper Documents

\_\_X\_\_     Record on Appeal - Electronic Index

\_\_\_\_     Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8541.