# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand and thirteen.

Before:    Raymond J. Lohier, Jr.,
                *Circuit Judge.*
_____

ANNIE TUMMINO, *et al.*,

    Plaintiffs - Appellees,

v.

MARGARET HAMBURG, in her official capacity as Commissioner of the Food and Drug Administration, KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services,

    Defendants - Appellants,

TEVA WOMEN'S HEALTH, INC.,

    Intervenor.
_____

**SECOND AMENDED ORDER**
Docket No. 13-1690

IT IS HEREBY ORDERED that the motion by Appellants for a stay pending appeal will be submitted to a motions panel on Tuesday, May 28, 2013. In the interim, the temporary stay issued by the District Court remains in place. Appellees' objection to the motion must be filed on or before close of business on Monday May 20, 2013. A reply may be filed on or before May 24, 2013.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

