## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: _____ Docket No.: _____

Lead Counsel of Record (name/firm) or Pro se Party (name): _____

Appearance for (party/designation): _____

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(  ) Correct
(  ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(  ) Correct
(  ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
(  ) Incorrect.  Please change the following parties' designations:
    <u>Party</u>                    <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
(  ) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

### RELATED CASES

(  ) This case has not been before this Court previously.
(  ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (  ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (  ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
     OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.

Appellees submit the following corrected caption, which reflects the caption of the Second Supplemental Complaint, filed on May 23, 2012. Changes from the caption previously filed by Appellants are described below and indicated in bold.

1. The affiliation of Plaintiffs-Appellees Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown, Churchill, and Hunt has been changed.
2. Aliza Lederer-Plaskett has been added to the list of Plaintiffs-Appellees.
3. Tracy Gaffin has been added to the list of Plaintiffs-Appellees.
4. Anaya Kelly by and through her next friend Amber Kelly has been added to the list of Plaintiffs-Appellees.

---------------------------------------------------------------------X

ANNIE TUMMINO, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; ERIN T. MAHONEY, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; CAROL GIARDINA, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; KELLY MANGAN, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; STEPHANIE SEGUIN, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; LORI TINNEY, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; JENNIFER BROWN, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; CANDACE CHURCHILL, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; and FRANCIE HUNT, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; ASSOCIATION OF REPRODUCTIVE HEALTH PROFESSIONALS, on its own behalf and on behalf of its members and women who need Emergency Contraception; and NATIONAL LATINA INSTITUTE FOR REPRODUCTIVE HEALTH, on its own behalf and on behalf of women who need Emergency Contraception; ROBERT JAFFE; AURORA DEMARCO; ANGELICA JAFFE; CATHERINE LEDERER-PLASKETT; **ALIZA LEDERER-PLASKETT;** JONATHAN MARKS; GABRIELLE MARKS**; TRACY GAFFIN; ANAYA KELLY by and through her next friend AMBER KELLY**,

                            Plaintiffs,

v.

MARGARET HAMBURG, in her official capacity as
Commissioner of Food and Drugs; KATHLEEN SEBELIUS, in
her official capacity as Secretary of the Department of
Health and Human Services,

                            Defendants.
--------------------------------------------------------------------------X