Appellees submit the following corrected caption, which reflects the caption of the Second Supplemental Complaint, filed on May 23, 2012. Changes from the caption previously filed by Appellants are described below and indicated in bold.

1. The affiliation of Plaintiffs-Appellees Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown, Churchill, and Hunt has been changed.
2. Aliza Lederer-Plaskett has been added to the list of Plaintiffs-Appellees.
3. Tracy Gaffin has been added to the list of Plaintiffs-Appellees.
4. Anaya Kelly by and through her next friend Amber Kelly has been added to the list of Plaintiffs-Appellees.

---------------------------------------------------------------------X

ANNIE TUMMINO, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; ERIN T. MAHONEY, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; CAROL GIARDINA, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; KELLY MANGAN, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; STEPHANIE SEGUIN, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; LORI TINNEY, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; JENNIFER BROWN, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; CANDACE CHURCHILL, in her individual capacity, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; and FRANCIE HUNT, **as an organizer with National Women's Liberation**, and on behalf of women who need Emergency Contraception; ASSOCIATION OF REPRODUCTIVE HEALTH PROFESSIONALS, on its own behalf and on behalf of its members and women who need Emergency Contraception; and NATIONAL LATINA INSTITUTE FOR REPRODUCTIVE HEALTH, on its own behalf and on behalf of women who need Emergency Contraception; ROBERT JAFFE; AURORA DEMARCO; ANGELICA JAFFE; CATHERINE LEDERER-PLASKETT; **ALIZA LEDERER-PLASKETT;** JONATHAN MARKS; GABRIELLE MARKS**; TRACY GAFFIN; ANAYA KELLY by and through her next friend AMBER KELLY**,

        Plaintiffs,

v.

MARGARET HAMBURG, in her official capacity as Commissioner of Food and Drugs; KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services,

        Defendants.
------------------------------------------------------------------------X