## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Tummino v. Hamburg　　　　　　　　　　　　　　　　Docket No.: 13-1690

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Kirsten Noelle Clanton

Firm: Southern Legal Counsel, Inc.

Address: 1229 N.W. 12th Ave., Gainesville, FL 32601-4113

Telephone: (352) 271 - 8890　　　　　　　　　　Fax: (352) 271 - 8347

E-mail: kirsten.clanton@southernlegal.org

Appearance for: Plaintiffs/Appellees: Annie Tummino, Erin Mahoney, Carol Giardina, Kelly Mangan, Stephanie Seguin, Lori Tinney, Jennifer Brown, Candace Churchill, Francie Hunt and Anaya Kelly
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Andrea Costello and Mara Verheyden-Hilliard, Partnership for Civil Justice Fund; Janet Crepps, Center for Reproductive Rights )
(name/firm)

☐ Amicus (in support of : _____ )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☑ I applied for admission on 5/13/13

Signature of Counsel: *Kirsten Clanton*

Type or Print Name: Kirsten Noelle Clanton