**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DENNIS JACOBS**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 15, 2013<br>Docket #: 13-1690cv<br>Short Title: Tummino v. Hamburg | DC Docket #: 12-cv-763<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Korman<br>Pohorelsky |

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for stay pending appeal of the District court's order filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, May 28, 2013.

Inquiries regarding this case may be directed to 212-857-8595 .