# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE** | **DISTRICT** | **DOCKET NUMBER** |
| | **JUDGE** | **APPELLANT** |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT** |

| | |
|---|---|
| Check the applicable provision:<br><br>☐ **I am ordering a transcript.**<br><br>☐ **I am not ordering a transcript**<br><br>   **Reason for not ordering a transcript:**<br><br>    ☐ **Copy is already available**<br><br>    ☐ **No transcribed proceedings**<br><br>    ☐ **Other** (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br><br><br><br><br><br><br>**METHOD OF PAYMENT**    ☐ **Funds**    ☐ **CJA Voucher (CJA 21)** |
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br><br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br><br>☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**<br><br>☐ **OTHER (Specify in the space below):** | **DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)** |

| | |
|---|---|
| **I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.** | |
| **COUNSEL'S SIGNATURE** | **DATE** |

| | | |
|---|---|---|
| **COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.** | | |
| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
| **SIGNATURE OF COURT REPORTED** | | **DATE** |