United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DENNIS JACOBS**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: May 16, 2013　　　　　　　　　　DC Docket #: 12-cv-763
Docket #: 13-1690cv　　　　　　　　　　DC Court: EDNY (BROOKLYN)
Short Title: Tummino v. Hamburg　　　　DC Judge: Korman
　　　　　　　　　　　　　　　　　　　　Pohorelsky

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to Ahronda Crossman 212-857-8529.