LAW OFFICES
PARTNERSHIP FOR CIVIL JUSTICE FUND
617 FLORIDA AVENUE, NW
WASHINGTON, D.C. 20001

CO-FOUNDERS:
CARL MESSINEO*
MARA VERHEYDEN-HILLIARD*
*ADMITTED IN D.C. AND N.Y.

TELEPHONE: (202) 232-1180
FACSIMILE: (202) 747-7747

May 24, 2013

*Via CM/ECF*

Clerk
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:  *Tummino, et al. v. Hamburg, et al.*
     Docket No. 13-1690

Dear Sir or Madam:

Our office represents Plaintiffs-Appellees in the above-referenced action. Currently pending before the Court is Defendants-Appellants' Motion for a Stay Pending Appeal (Doc. No. 17). A typographical error has come to the attention of the undersigned counsel on page 9 of Plaintiffs-Appellees' Opposition to Defendants-Appellants' Motion for a Stay Pending Appeal ("Opposition") which was filed on May 20, 2013, (Doc. No. 57-1).

The first complete sentence on page 9 of Plaintiffs-Appellees' Opposition should read: "Young women under the age of 15 cannot obtain Plan B One-Step; their only option is to obtain a prescription for the generic of this product or a two-pill product."

Thank you for the Court's attention to this matter.

Sincerely,

s/
Andrea Costello
Mara Verheyden-Hilliard
Partnership for Civil Justice Fund

617 Florida Avenue, NW
Washington, D.C. 20001
(202) 232-1180 (phone)
(202) 747-7747 (fax)
ac@justiceonline.org
mvh@justiceonline.org

*Attorneys for Plaintiffs Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown, Churchill and Hunt*

Janet Crepps
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3600
JCrepps@reprorights.org

*Attorneys for all Plaintiffs*

Kirsten Clanton
Southern Legal Counsel, Inc.
1229 NW 12th Ave.
Gainesville, FL 32601
(352) 271-8890
kirsten.clanton@southernlegal.org

*Attorneys for Plaintiffs Tummino, Mahoney, Giardina, Mangan, Seguin, Tinney, Brown, Churchill and Hunt*

cc: F. Franklin Amanat (via CM/ECF)
Michael Shumsky (via CM/ECF)
Mark B. Stern (via CM/ECF)
Adam C. Jed (via CM/ECF)