

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201-1820*

May 29, 2013

**BY CM/ECF**

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY   10007

   *Re*: <u>Tummino v. Hamburg, No. 13-1690</u>

Dear Ms. Wolfe:

  On May 15, 2013, Defendants-Appellants Dr. Margaret Hamburg, Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services, filed their Form D, stating that they would not be ordering a transcript because a copy is already available. In accordance with that statement, and pursuant to Local Rule 31.2(a)(1)(A), Defendants-Appellants respectfully request that the deadline for filing their brief be July 24, 2013.

           Respectfully submitted,

           LORETTA E. LYNCH
           United States Attorney
           Eastern District of New York

        By:  /s/ {FILED ELECTRONICALLY}
           F. FRANKLIN AMANAT
           Senior Counsel
           (718) 254-6024
           franklin.amanat@usdoj.gov

cc (by email and CM/ECF):
    Mark Stern
    Adam C. Jed
    Janet Crepps
    Andrea Costello
    Kirsten Clanton
    Michael Shumsky