United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 05, 2013
Docket #: 13-1690cv
Short Title: Tummino v. Hamburg

DC Docket #: 12-cv-763
DC Court: EDNY (BROOKLYN)
DC Judge: Korman
Pohorelsky

## NOTICE OF EXPEDITED APPEAL

By notice filed 05/02/2013, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellants' briefs are due no later than July 10,2013, 35 days from the date of this notice. Appellees' briefs are due no later than August 14,2013 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to Ahronda Crossman 212-857-8529.