# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand and thirteen,

_____

| | |
|---|---|
| ANNIE TUMMINO, in her individual capacity, as Vice- Chair of the Women's Liberation Birth Control Project as Coordinator of the Morning-After Pill Conspiracy, and on behalf of women who need Emergency Contraception, ERIN T. MAHONEY, in her individual capacity, as Chair of the Women's Liberation Birth Control Project as Coordinator of the Morning- After Pill Conspiracy, and on behalf of women who need Emergency Contraception, CAROL GIARDINA, in her individual capacity, as Coordinator of the Women's Liberation Birth Control Project as Coordinator of the Morning-After Pill Conspiracy, and on behalf of women who need Emergency Contraception, KELLY MANGAN, in her individual capacity, as President of the University of Florida Campus Chapter of the National Organization for Women, as Coordinator of the Morning-After Pill Conspiracy, and on behalf of women who need, STEPHANIE SEGUIN, in her individual capacity, as Chair of the Florida National Organization for Women Young Feminist Task Force, as Coordinator of the Morning-After Pill Conspiracy, and on behalf of women who need Emergency Contraception, LORI TINNEY, in her individual capacity, as President of the Gainesville Chapter of the National Organization for Women, as Coordinator of the Morning-After Pill Conspiracy, and on behalf of women who need Emergency Contraception, JENNIFER BROWN, in her individual capacity, as Coordinator of the Morning-After Pill Conspiracy, and on behalf of women who need Emergency Contraception, CANDACE CHURCHILL, in her individual capacity, as Coordinator of the Morning-After Pill Conspiracy, and on behalf of women who need Emergency Contraception, FRANCIE | **ORDER**<br>Docket No. 13-1690 |

HUNT, in her individual capacity, as Coordinator of the Morning-After Pill Conspiracy, and on behalf of women who need Emergency Contraception, ASSOCIATION OF REPRODUCTIVE HEALTH PROFESSIONALS, on its own behalf and on behalf of its members and women who need Emergency Contraception, NATIONAL LATINA INSTITUTE FOR REPRODUCTIVE HEALTH, on its own behalf and on behalf of women who need Emergency Contraception, ROBERT JAFFE, AURORA DEMARCO, ANGELICA JAFFE, CATHERINE LEDERER-PLASKETT, JONATHAN MARKS, GABRIELLE MARKS,

   Plaintiffs - Appellees,

v.

MARGARET HAMBURG, in her official capacity as Commissioner of the Food and Drug Administration, KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services,

   Defendants - Appellants,

TEVA WOMEN'S HEALTH, INC.,

   Intervenor.

_____

  The order this Court issued on 06/05/2013 appears to have issued in error.

  IT IS HEREBY ORDERED that the order is vacated.


           For The Court:

           Catherine O'Hagan Wolfe,
           Clerk of Court

