United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 07, 2013
Docket #: 13-1690cv
Short Title: Tummino v. Hamburg

DC Docket #: 12-cv-763
DC Court: EDNY (BROOKLYN)
DC Judge: Korman
Pohorelsky

**NOTICE OF RECORD ON APPEAL FILED**

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_     Record on Appeal - Certified List

\_\_\_\_     Record on Appeal - CD ROM

\_\_\_\_     Record on Appeal - Paper Documents

\_\_xx\_\_   Record on Appeal - Electronic Index

\_\_\_\_     Record on Appeal - Paper Index

Inquiries regarding this case may be directed to Ahronda Crossman 212-857-8529.