

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, NY 11201-1820*

June 11, 2013

**BY CM/ECF**

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY   10007

   *Re*: <u>*Tummino v. Hamburg*, No. 13-1690</u>

Dear Ms. Wolfe:

  We represent the defendants-appellees in the above-referenced appeal and write further to the telephonic conversation with you that the parties had yesterday afternoon.

  As we previewed during that call, the government filed with the district court last night a letter (a copy of which is enclosed) informing the district court that the Food and Drug Administration and the Department of Health and Human Services have complied with the district court's April 10, 2013, judgment by granting the 2001 Citizen Petition and making Plan B One-Step available over-the-counter without age or point-of-sale restrictions. It is the government's understanding that the course of action outlined in the letter fully complies with the district court's judgment in this action. As stated in the letter, once Judge Korman confirms that the government's understanding is correct, we intend to file with this Court notice that the government is voluntarily withdrawing the above-referenced appeal.

  Under these circumstances, the government suggested, and the plaintiffs agreed, that it would be inexpedient for the Court to set a briefing schedule at this time for this appeal. Rather, you proposed, and the parties agreed, that the appeal be placed on the suspense calendar for the time being. The parties also agreed to report back to the Court at intervals no less frequent than once every 30 days to advise whether the appeal is

being withdrawn, whether it should remain on the suspense calendar, or whether one or both parties requests a briefing schedule in this matter.

    We thank the Court for its time and continued attention to this matter.

                                               Respectfully submitted,

                                               LORETTA E. LYNCH
                                               United States Attorney
                                               Eastern District of New York

                                  By:     /s/ {FILED ELECTRONICALLY}
                                               F. FRANKLIN AMANAT
                                               Senior Counsel
                                               (718) 254-6024
                                               franklin.amanat@usdoj.gov

cc (by email and CM/ECF):
        Mark Stern
        Adam C. Jed
        Janet Crepps
        Andrea Costello
        Kirsten Clanton
        Michael Shumsky