# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand thirteen,

ANNIE TUMMINO, et al.,

    Plaintiffs - Appellees,

v.

**ORDER**
Docket No. 13-1690

MARGARET HAMBURG, in her official capacity as Commissioner of the Food and Drug Administration, KATHLEEN SEBELIUS, in her official capacity as Secretary of the Department of Health and Human Services,

    Defendants - Appellants,

TEVA WOMEN'S HEALTH, INC.,

    Intervenor.

    By order dated June 5, 2013 the Court directed the Clerk of Court to set an expedited briefing schedule in this case. By letter filed June 11, 2013, Appellants advised the Court that they had filed with the District Court notice that the Food and Drug Administration (FDA) and the Department of Health and Human Services (HHS) "have complied with the Court's April 10, 2013 judgment…" In light of this action and pending the District Court's approval of their actions, Appellants requested that the Court postpone setting the briefing schedule for this appeal.

    IT IS HEREBY ORDERED, that the request to postpone setting the briefing schedule is GRANTED, subject to the following conditions: Appellants must advise the Court forthwith, by letter, in the event the District Court approves, modifies or rejects the FDA and HHS plan. Until that occurs, Appellants shall provide the Court with a status update every 30 days until the District Court

approves, modifies or rejects the FDA and HHS plan. Either party to this appeal may at any time, by letter to the Clerk of Court, request that a briefing schedule be set and suggest therein an expedited schedule.

       For the Court:

       Catherine O'Hagan Wolfe,
       Clerk of Court