

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201-1820*

July 12, 2013

**BY CM/ECF**

Honorable Catherine O'Hagan Wolfe, Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY   10007

> Re:   <u>Tummino v. Hamburg</u>, No. 13-1690

Dear Ms. Wolfe:

     We represent the defendants-appellants in the above-referenced appeal and write to provide a report as to its status, in accordance with this Court's Order of June 12. Because the district court approved the government's plan for compliance with the judgment, the Solicitor General has authorized the government to voluntarily withdraw the pending appeal pursuant to FRAP 42(b).   However, the parties have not yet reached agreement with regard to plaintiffs-appellees' putative claim for costs and attorney's fees associated with the appeal.   Defendants-appellants intend to continue discussing with plaintiffs-appellees over the forthcoming weeks regarding their putative claim for costs and fees, and we therefore respectfully request that the appeal remain on the suspense calendar for the time being.   We thank the Court for its time and continued attention to this matter.

                         Respectfully submitted,

                         LORETTA E. LYNCH
                         United States Attorney
                         Eastern District of New York

            By:     /s/ {FILED ELECTRONICALLY}
                         F. FRANKLIN AMANAT
                         Senior Counsel
                         (718) 254-6024

cc (by email and CM/ECF):
    Mark Stern
    Adam C. Jed
    Janet Crepps
    Andrea Costello
    Kirsten Clanton
    Michael Shumsky