**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DENNIS JACOBS**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: July 30, 2013
Docket #: 13-1690cv
Short Title: Tummino v. Hamburg

DC Docket #: 12-cv-763
DC Court: EDNY (BROOKLYN)
DC Judge: Korman
Pohorelsky

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8560.