**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand and thirteen.

Before:     Peter W. Hall,
            *Circuit Judge*.

---

Annie Tummino, *et al.*,

    Plaintiffs-Appellees,

v.

Margaret Hamburg, in her official capacity as Commissioner of the Food and Drug Administration, Kathleen Sebelius, in her official capacity as Secretary of the Department of Health and Human Services,

    Defendants-Appellants,

Teva Women's Health, Inc.,

    Intervenor.

ORDER
Docket No. 13-1690

---

The parties have submitted a stipulation withdrawing the above-referenced appeal with prejudice pursuant to FRAP 42(b).

The stipulation is hereby so ordered.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/30/2013